**Petition for Habeas Corpus Dismissed and Memorandum Opinion filed April 30, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00368-CV

_____

## IN RE VAELRIE UDOBAKU OJI, Relator

**ORIGINAL PROCEEDING**
**HABEAS CORPUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-46524**

## M E M O R A N D U M   O P I N I O N

On April 18, 2012, Relator, filed a petition for writ of habeas corpus in this Court.[1] *See* Tex. Gov't Code Ann §22.221(d); *see also* Tex. R. App. P. 52.1.  Counsel has been repeatedly informed the petition does not meet the filing requirements because it is not signed.  *See* Tex. R. App. P. 9.1(a).  No response has been filed.

Accordingly, the petition is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.

---

[1] The record reflects relator is not currently confined, but "restrained" by a contempt order that has been suspended.